Christopher W. James (SBN 289047)
Meghan Natenson (SBN 312634)
Lillian Sun (SBN 334071)
VINSON & ELKINS LLP
555 Mission Street, Suite 2000
San Francisco, California 94105
Telephone: 415.979.6900
Facsimile: 415.651.8786
cjames@velaw.com
mnatenson@velaw.com
lsun@velaw.com

*Attorneys for Defendant*
INSURANCEZEBRA, INC., d/b/a THE ZEBRA

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STACY PENNING, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>INSURANCEZEBRA, INC., d/b/a THE ZEBRA,<br><br>Defendants. | Case No.: 3:25-cv-03531-WHO<br><br>**NOTICE OF MOTION AND MOTION TO DISMISS COMPLAINT**<br><br>Hearing Date: August 6, 2025<br>Time: 2:00 pm<br>Courtroom: 2 – 17th Floor<br>Judge: Hon. William H. Orrick<br><br>Trial Date: None Set |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT on Wednesday, August 6, 2025, at 2:00 p.m., or as soon thereafter as the matter may be heard, Defendant InsuranceZebra, Inc. d/b/a The Zebra ("Defendant") will and hereby does move the Court, pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure for an order dismissing each claim for relief asserted in the Complaint, and dismissing the action with prejudice. Defendant brings this Motion on the grounds that Plaintiff lacks standing and fails to state a claim on which relief may be granted. This Motion will be heard at San Francisco Courthouse, 450 Golden Gate Ave., San Francisco, California, in Courtroom 2 – 17th Floor before the Honorable William H. Orrick.

Defendant bases this Motion on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, Declaration of Haley Ackerman, Request for Judicial Notice and Incorporation by Reference, all pleadings and papers filed in this action, oral argument of counsel, and any other matters that may come before the Court, including reply papers support the Motion.

Dated: June 18, 2025

VINSON & ELKINS LLP

By: *<u>/s/ Christopher W. James</u>*
Christopher W. James

*Attorney for Defendant*
*InsuranceZebra, Inc., d/b/a The Zebra*