**BURSOR & FISHER, P.A.**
Philip L. Fraietta (State Bar No. 354768)
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
Email: pfraietta@bursor.com

*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

STACY PENNING, individually and on behalf of all other persons similarly situated,

Plaintiff,

v.

INSURANCEZEBRA, INC., d/b/a THE ZEBRA,

Defendant.

Case No.: 3:25-cv-03531-WHO

**PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF HIS OPPOSITION TO DEFENDANT'S MOTION TO DISMISS FIRST AMENDED COMPLAINT**

Date: October 8, 2025
Time: 2:00 p.m.
Ctrm: 2 – 17th Floor
Judge: William H. Orrick

Plaintiff Stacy Penning ("Plaintiff") respectfully requests that, in reviewing Plaintiff's Opposition to Defendant's Motion to Dismiss Plaintiff's First Amended Complaint ("Motion"), the Court take judicial notice of the following exhibits attached to the concurrently filed Declaration of Philip L. Fraietta ("Fraietta Decl."):

True and correct copies of archived webpages detailing each step a consumer must complete if they use the insurance comparison tools on Defendant's website and input their information manually are provided to the Court. *See* Fraietta Decl. Exs 1-2. The pages can be found by accessing Defendant's publicly available website at thezebra.com and navigating through the car insurance tool and the car + home insurance tool, respectively.

Judicial notice is one exception to the rule that courts "may not consider material outside the pleadings when assessing the sufficiency of a complaint under Rule 12(b)(6) of the Federal Rules of Civil Procedure." *Khoja v. Orexigen Therapeutics, Inc.*, 899 F.3d 988, 998 (9th Cir. 2018). "The court may judicially notice a fact that is not subject to reasonable dispute because it: (1) is generally known within the trial court's territorial jurisdiction; or (2) can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." FED. R. EVID. 201(b). Courts "must take judicial notice if a party requests it and the court is supplied with the necessary information." *Id.* at (c)(2).

The Court should take judicial notice of Exhibits 1-2 because they "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." *UL LLC v. Space Chariot Inc.*, 250 F. Supp. 3d 596, 604 n.2 (C.D. Cal. 2017) (citing various federal courts that granted judicial notice of website screenshots obtained through archived sources); *Pac. Overlander, LLC v. Kauai Overlander*, 2018 WL 3821070, at *2 (N.D. Cal. Aug. 10, 2018) (same). Courts routinely take judicial notice of webpages, including from archived sources. *See, e.g.*, *Arroyo v. IA Lodging Santa Clara, LLC*, 2021 WL 2826707, at *2 (N.D. Cal. July 7, 2021) (granting request for judicial notice of archived screenshots of the defendant's website); *Yoon v. Lululemon USA, Inc.*, 549 F. Supp. 3d 1073, 1079 (C.D. Cal. 2021) (same); *Matthews v. Nat'l Football League Mgmt. Council*, 688 F.3d 1107, 1113 n.5 (9th Cir. 2012).

Here, Plaintiff requests that the Court take judicial notice of the archived webpages taken from a publicly available website, which captured accurate representations of Defendant's webpage navigation when a user proceeds on the insurance comparison tools Defendant provides. *Stewart v. Kodiak Cakes, LLC,* 537 F. Supp. 3d 1103, 1118 (S.D. Cal. 2021). Defendant has no reason to question the accuracy of such online webpages, as Defendant itself has relied on similar material from the same website in support of its arguments in its Motion to Dismiss Plaintiff's First Amended Complaint. *See* Defendant's Request for Judicial Notice (ECF No. 26-2).

Accordingly, each of these documents are subject to judicial notice. Thus, Plaintiff respectfully requests that the Court take judicial notice of Exhibits 1-2 to the Fraietta Declaration.

Dated: August 29, 2025

Respectfully submitted,

**BURSOR & FISHER, P.A.**

By: */s/ Philip L. Fraietta*
Philip L. Fraietta

Philip L. Fraietta (State Bar No. 354765)
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
E-mail: pfraietta@bursor.com

*Attorney for Plaintiff*