**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| STACY PENNING, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>INSURANCEZEBRA, INC., d/b/a THE ZEBRA,<br><br>Defendant. | Civil Action No.: 1:26-cv-00809<br><br>JURY TRIAL DEMANDED |

**UNOPPOSED MOTION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT**

Defendant InsuranceZebra, Inc. hereby notifies the Court that the parties have reached an agreement in principle in this matter that resolves all matters in controversy between the parties. The parties request that the Court stay this case for forty-five (45) days and toll the running of any existing deadlines, so that the parties may finalize the agreement and submit appropriate dismissal papers.

The parties request this stay, not for the purpose of delay, but so that they may effectuate their agreement and file dismissal papers without incurring additional expenses.

A proposed Order is attached for the Court's convenience.

Dated: April 20, 2026

Respectfully submitted,

*/s/ Erik Shallman*

Erik Shallman
Texas Bar No. 24113474
**VINSON & ELKINS LLP**
200 West 6th Street, Suite 2500
Telephone: (512) 542-8400
Facsimile: (512) 542-8612
Austin, TX 78701
eshallman@velaw.com

Christopher W. James (*pro hac vice* pending)
Meghan Natenson (*pro hac vice* pending)
**VINSON & ELKINS LLP**
555 Mission Street, Suite 2000
San Francisco, California 94105
Telephone: 415.979.6900
Facsimile: 415.651.8786
cjames@velaw.com
mnatenson@velaw.com

*Attorneys for Defendant*

**CERTIFICATE OF CONFERENCE**

On April 17, 2026, Max S. Roberts, Counsel for Plaintiff, and Christopher W. James, Counsel for Defendant, conferred regarding entry of this Unopposed Motion to Stay All Deadlines and Notice of Settlement and both have agreed to the filing of this document.

Christopher W. James

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been delivered to all counsel of record via email on this 20th day of April, 2026.

*/s/ Erik Shallman*____
Erik Shallman